IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES L. SMITH,
    Petitioner,

vs.                                      Case No. 3:09cv184/RV/EMT

WALTER A. McNEIL,
    Respondent.
_____/

## ORDER

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, as well a motion to proceed in forma pauperis (Docs. 1, 2).

Petitioner failed to provide the requisite supporting documentation for his motion to proceed in forma pauperis, specifically, a prisoner consent form and financial certificate <u>with an attached certified copy of his trust fund account statement</u>.  Therefore, the motion will be denied without prejudice to Petitioner's refiling a complete motion with the required supporting documentation.

Accordingly, it is **ORDERED**:

1.    Petitioner's motion to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.

2.    The clerk shall send Petitioner a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

3.    Within **THIRTY (30) DAYS** from the date of docketing of this order Petitioner shall (1) pay the $5.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite <u>prisoner consent form and financial certificate, including an attached computer printout of the transactions in his prison account</u>.

4.    Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 7<u>th</u> day of May 2009.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**