IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES L. SMITH,
    Petitioner,

vs.                             Case No. 3:09cv184/RV/EMT

KENNETH S. TUCKER,
    Respondent.
_____/

# O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 19, 2011 (doc. 36).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

      Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.    The petition for writ of habeas corpus (doc. 1) is **DENIED**.

      3.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 25th day of October, 2011.

                    /s/ _Roger Vinson_
                    **ROGER VINSON**
                    **SENIOR UNITED STATES DISTRICT JUDGE**